UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CASSANDRA ADNER, ET AL.** | **CIVIL ACTION NO. 13-0368** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **INTERNATIONAL PAPER CO.** | **MAG. JUDGE MARK L. HORNSBY** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Count II (fraudulent suppression) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Count I (negligent suppression) is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 3rd day of October, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE